JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
Judy A. Holt ;
1 Citizen of This State; Indiana
**County of Residence:** Marion County

**Defendant(s):**

First Listed Defendant:
Wal-Mart Stores, Inc. ;
5 Incorporated and Principal Place of Business in Another State; Arkansas
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Marion County

**Plaintiff's Attorney(s):**

Vaughn A. Wamsley (Judy Holt)
Vaughn A. Wamsley, P.C.
851 South Rangeline Road
Carmel, Indiana 46032
**Phone:** 317-846-1080
**Fax:** 317-581-1234
**Email:** kbrooks@pilegal.com

Jeremy S. Baber
Vaughn A. Wamsley, P.C.
851 S. Rangeline Rd.
Carmel, Indiana 46032
**Phone:** 317-846-1080
**Fax:** 317-581-1234
**Email:** jbaber@pilegal.com

Edward R. Reichert
Vaughn A. Wamsley, P.C.
851 S. Rangeline Rd.

**Defendant's Attorney(s):**

Lesley A. Pfleging ( Wal-Mart Stores, Inc.)
Lewis Wagner, LLP
501 Indiana Ave. Suite 200
Indianapolis, Indiana 46202
**Phone:** 317-237-0500
**Fax:** 317-630-2790
**Email:** lpfleging@lewiswagner.com

Lynsey F. David
Lewis Wagner, LLP
501 Indiana Ave. Suite 200
Indianapolis, Indiana 46202
**Phone:** 317-237-0500
**Fax:** 317-630-2790
**Email:** ldavid@lewiswagner.com

Carmel, Indiana 46032
**Phone:** 317-846-1080
**Fax:** 317-581-1234
**Email:** ereichert@pilegal.com

## Basis of Jurisdiction: 4. Diversity of Citizenship

## Citizenship of Principal Parties (Diversity Cases Only)

**Plaintiff:** 1 Citizen of This State

**Defendant:** 5 Incorporated and Principal Place of Business in Another State

## Origin: 2. Removed From State Court

**State Removal County:** Marion County

**State Removal Case Number:** 49D12-1712-CT-045250

## Nature of Suit: 360 Other Personal Injury Actions

## Cause of Action: 28 U.S.C. 1332, 1441, 1446; Removal of Slip and Fall (28:1332pi)

## Requested in Complaint

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

## Signature: Lynsey F. David

## Date: 1/11/2018

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.